```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 00278
   CARMEN M GRANUCCI
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-3883


-------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/08/2007 and was confirmed 04/02/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  26.33% from remaining funds.

     The case was paid in full 02/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                             PAID         PAID
-------------------------------------------------------------------------------
AMERICREDIT FINANCIAL SV SECURED VEHIC   7280.36         643.61      7280.36
AMERICREDIT FINANCIAL SV UNSECURED       NOT FILED          .00          .00
ILLINOIS DEPT OF REVENUE NOTICE ONLY     NOT FILED          .00          .00
ILLINOIS DEPT OF REVENUE PRIORITY         219.47            .00       219.47
ILLINOIS DEPT OF REVENUE UNSECURED        871.18            .00       229.37
INTERNAL REVENUE SERVICE PRIORITY        6488.55            .00      6488.55
INTERNAL REVENUE SERVICE UNSECURED        308.98            .00        81.35
INTERNAL REVENUE SERVICE PRIORITY        NOT FILED          .00          .00
INTERNAL REVENUE SERVICE NOTICE ONLY     NOT FILED          .00          .00
ALEXIAN BROTHERS MEDICAL UNSECURED       NOT FILED          .00          .00
ALEXIAN BROTHERS MEDICAL UNSECURED       NOT FILED          .00          .00
ASSET ACCEPTANCE LLC     UNSECURED       NOT FILED          .00          .00
CAPITAL ONE              UNSECURED        2768.92           .00       729.03
ASSET ACCEPTANCE LLC     UNSECURED         251.83           .00        66.30
JP MORGAN CHASE BANK     UNSECURED       NOT FILED          .00          .00
CHASE                    NOTICE ONLY     NOT FILED          .00          .00
CHECK N GO OF ILLINOIS   UNSECURED       NOT FILED          .00          .00
LVNV FUNDING LLC         UNSECURED         583.42           .00       153.61
JOSEPH FAHEY DENTAL CENT UNSECURED       NOT FILED          .00          .00
HSBC BANK NEVADA/HSBC CA UNSECURED        1811.63           .00       476.98
LASALLE BANK             UNSECURED       NOT FILED          .00          .00
LAURA MIZZI              UNSECURED       NOT FILED          .00          .00
MERRICK BANK             UNSECURED        1137.70           .00       299.55
BEST BUY                 UNSECURED       NOT FILED          .00          .00
ROUNDUP FUNDING LLC      UNSECURED         293.56           .00        77.29
HOUSEHOLD BANK           UNSECURED         438.53           .00       115.46
SST CARD SERVICES        UNSECURED       NOT FILED          .00          .00
WESTLAKE HOSPITAL        UNSECURED       NOT FILED          .00          .00
ASSET ACCEPTANCE LLC     UNSECURED         586.56           .00       154.44
DR PARAG DOSHI MD        UNSECURED       NOT FILED          .00          .00
DR DAVID GINSBURG MD     UNSECURED       NOT FILED          .00          .00
WEST SUBURBAN HEALTH CAR UNSECURED       NOT FILED          .00          .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00278 CARMEN M GRANUCCI
```

```
NWHC HOFFMAN ESTATES OFF  UNSECURED       NOT FILED              .00            .00
RADIOLOGY CONSULTANT OF   UNSECURED       NOT FILED              .00            .00
RADIOLOGY CONSULTANTS     UNSECURED       NOT FILED              .00            .00
WEST SUBURBAN HEALTH CAR  UNSECURED       NOT FILED              .00            .00
ECAST SETTLEMENT CORP     UNSECURED          493.34              .00         129.89
RICHARD S BASS            DEBTOR ATTY     2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                          1,354.74
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                21,200.00

PRIORITY                                       6,708.02
SECURED                                        7,280.36
    INTEREST                                     643.61
UNSECURED                                      2,513.27
ADMINISTRATIVE                                 2,700.00
TRUSTEE COMPENSATION                           1,354.74
DEBTOR REFUND                                       .00
                     ---------------       ---------------
TOTALS                 21,200.00              21,200.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 05/28/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE